# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156070(70)

NANCY LATESSA,
         Plaintiff-Appellant,

v

MICHIGAN INSTITUTE OF UROLOGY, P.C.,
ST. JOHN PROVIDENCE HEALTH SYSTEM,
ST. JOHN MACOMB-OAKLAND HOSPITAL,
SCOTT SIRCUS, M.D., and GEORGE
CHRISTENSEN, D.O.,
         Defendants-Appellees.
_____/

SC:  156070
COA:  331476
Macomb CC:  14-003645-NH

On order of the Chief Justice, the motion of the defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED.  The answer submitted on August 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2017



Clerk